B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Western District of North Carolina

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor (if individual, enter Last, First, Middle):** LICCO Restaurants, LLC | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names): None | **All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names): |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all): EIN: 27-0150267 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN** (if more than one, state all): |
| **Street Address of Debtor** (No. and Street, City, and State): 129 Fast Lane, Mooresville, NC  ZIPCODE 28117 | **Street Address of Joint Debtor** (No. and Street, City, and State)  ZIPCODE |
| **County of Residence or of the Principal Place of Business:** Iredell | **County of Residence or of the Principal Place of Business:** |
| **Mailing Address of Debtor** (if different from street address): PO Box 3130, Mooresville, NC  ZIPCODE 28117 | **Mailing Address of Joint Debtor** (if different from street address):  ZIPCODE |
| **Location of Principal Assets of Business Debtor** (if different from street address above):  ZIPCODE | |

### Type of Debtor (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other: Restaurant

### Tax-Exempt Entity (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

### Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Check one box: Chapter 11 Debtors
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

**Check all applicable boxes**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>LICCO Restaurants, LLC |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)     Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (4/10) | | Page 3 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** LICCO Restaurants, LLC | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X */s/ TWM*
Signature of Attorney for Debtor(s)

TRAVIS W. MOON 3067
Printed Name of Attorney for Debtor(s)

HAMILTON MOON STEPHENS STEELE & MARTIN, PLLC
Firm Name

201 S. College Street, Suite 2020
Address

Charlotte, NC 28244

704-344-1117
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Jimmie Lee Peterson*
Signature of Authorized Individual

JIMMIE LEE PETERSON
Printed Name of Authorized Individual

PRESIDENT
Title of Authorized Individual

4/16/10
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

## CORPORATE RESOLUTION

I, the undersigned, being the director of LICCO Restaurants, LLC, a North Carolina limited liability corporation (the "Company") having a corporate headquarters located at 129 Fast Lane, Mooresville, NC 28117, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting of the Board of the Company:

RESOLVED, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

FURTHER RESOLVED, that the officers of the Company are authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

FURTHER RESOLVED, that the retention on behalf of the Company of the law firm of Hamilton Moon Stephens Steele & Martin, PLLC, upon such terms and conditions as the officers of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

FURTHER RESOLVED, that any of the officers of the Company are each severally authorized to retain on behalf of the Company such other professionals as the officers of the Company deem necessary or appropriate, upon such terms and conditions as the officers of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

FURTHER RESOLVED, that any of the officers of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all actions taken by the officers of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
April 16, 2010

By: _____
Name: Jimmie Lee Peterson
Title: Director

{00224671.DOC V. J074.01??47.}

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

In re  LICCO Restaurants, LLC ,
               Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CLAREMONT RESTAURANT GROUP, LLC. 129 FAST LANE MOORESVILLE, NC 28117 | | | | 442,126.01 |
| BB&T PURCHASING CARD 200 S COLLEGE STREET CHARLOTTE, NC 28202 | | | | 14,817.91 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ASPHALT DOCTOR 4500 TEMPLE HILL RD GRANITE FALLS, NC 28630 | | | | 7,000.00 |
| RESTAURANT LIQUID SERVICES, LLC 12986 COLLECTIONS CENTER DR. CHICAGO, IL 60693 | | | | 6,783.50 |
| CYPRUS RESTAURANT SUPPLY, INC. 3829 BARRINGER DRIVE CHARLOTTE, NC 28217 | | | | 6,553.17 |
| ADAMS SERVICES PO BOX 451 FORT MILL, SC 29716 | | | | 5,906.97 |
| CLAREMONT RESTAURANT GROUP, LLC. 129 FAST LANE MOORESVILLE, NC 28117 | | | | 4,170.27 |
| MINDSTORM COMMUNICATIONS GROUP INC. 10316 FELD FARM LANE, SUITE 200 CHARLOTTE, NC 28210 | | | | 3,325.00 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31669

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| CHRISTIANSBURG CASH REGISTER CO., INC. 3 ROANOKE ST CHRISTIANSBURG, VA 24068 | | | | 2,552.41 |
| RICHARD S. CAMPBELL 130 DOBY CREEK COURT FORT MILL, SC 29715 | | | | 2,191.47 |
| SIGN SYSTEMS, INC. PO BOX 3767 HICKORY, NC 28603 | | | | 2,095.09 |
| AMERICAN FACTORS CORPORATION PO BOX 677517 DALLAS, TX 75267-7517 | | | | 2,000.38 |
| NATIONAL FOOD EQUIPMENT SERVICES PO BOX 26405 RALEIGH, NC 27611-6405 | | | | 1,753.14 |
| TSS DESIGNS, INC./TONI SLOAN SUCHKA 106 TURBEN COURT GREENVILLE, SC 29607 | | | | 1,574.64 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc, ver. 4.5.4-749 - 31669

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| DENVER RESTAURANT EQUIPMENT COMPANY 6778 EAST NC 150 HWY SHERRILLS FORD, NC 28673-9305 | | | | 1,093.80 |
| UNIFIRST CORPORATION PO BOX 584 NEWELL, NC 28126 | | | | 1,070.08 |
| TIME MANAGEMENT CORPORATION P.O. BOX 1450 MINNEAPOLIS, MN 55485-7456 | | | | 1,040.00 |
| THE HERALD PO BOX 2242 RALEIGH, NC 27602-2242 | | | | 850.99 |
| ECOLAB PEST ELIMINATION PO BOX 6007 GRAND FORKS, ND 58206-6007 | | | | 700.00 |
| JENRON SUPPLY, INC. PO BOX 1073 NEWTON, NC 28658 | | | | 624.54 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.4-749 - 31659

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date _April 16, 2010_

Signature _[signature]_
JIMMIE LEE PETERSON,

# UNITED STATES BANKRUPTCY COURT
## Western District of North Carolina

In re  LICCO Restaurants, LLC  ,
Debtor

Case No. _____

Chapter  11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Jimmie Lee Peterson | 100.00 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jimmie Lee Peterson, __PRESIDENT__ of LICCO Restaurants, LLC, named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

LICCO Restaurants, LLC

By: _____    Date: April 16, 2010
  Jimmie Lee Peterson

{00224668.DOC V. J074.017747;}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **LICCO RESTAURANTS, LLC** | ) | 10-_____ |
| | ) | |
| Debtor. | ) | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for LICCO Restaurants, LLC in the above-captioned action, certifies that certifies that no corporation directly or indirectly owns 10% or more of any class of the corporation's interests.

Dated: Charlotte, North Carolina
April 16, 2010

                                          HAMILTON MOON STEPHENS STEELE
                                          & MARTIN, PLLC

                                          _____
                                          Travis W. Moon (Bar No. 3067)
                                          Glenn C. Thompson (Bar No. 37221)
                                          2020 Charlotte Plaza
                                          201 South College Street
                                          Charlotte, North Carolina 28244-2020
                                          Telephone: (704) 344-1117
                                          *Counsel for the Debtor*

{00224669.DOC V. J074.017747;}

ADAMS SERVICES
PO BOX 451
FORT MILL, SC 29716


AIR PRO HEATING & COOLING
PO BOX 10424
ROCK HILL, SC 29731


AMERICAN FACTORS CORPORATION
PO BOX 677517
DALLAS, TX 75267-7517


ASPHALT DOCTOR
4500 TEMPLE HILL RD
GRANITE FALLS, NC 28630


BB&T PURCHASING CARD
200 S COLLEGE STREET
CHARLOTTE, NC 28202


BRISTOL CHAMBER OF COMMERCE
PO BOX 519
BRISTOL, VA 24203-0519


BRISTOL SUPPLY AND EQUIPMENT CO.
200 STATE STREET
BRISTOL, TN 37621-0426


CHRISTIANSBURG CASH REGISTER CO., INC.
3 ROANOKE ST
CHRISTIANSBURG, VA 24068


CLAREMONT RESTAURANT GROUP, LLC.
129 FAST LANE
MOORESVILLE, NC 28117


CLAREMONT RESTAURANT GROUP, LLC.
129 FAST LANE
MOORESVILLE, NC 28117

COMMERCIAL KITCHEN REPAIR
4239 MALONE PLACE
ROCK HILL, SC 29732


CREATIVE PUBLISHING
P.O. BOX 3596 CRS
JOHNSON CITY, TN 37602


CYPRUS RESTAURANT SUPPLY, INC.
3829 BARRINGER DRIVE
CHARLOTTE, NC 28217


DENVER RESTAURANT EQUIPMENT COMPANY
6778 EAST NC 150 HWY
SHERRILLS FORD, NC 28673-9305


E-Z REMODELING CO.
1021 23RD ST. NE
HICKORY, NC 28601-4453


ECOLAB FOOD SAFETY SPECIALTIES
24198 NETWORK PLACE
CHICAGO, IL 60673-1241


ECOLAB PEST ELIMINATION
PO BOX 6007
GRAND FORKS, ND 58206-6007


FACILITEC
N532 WILLIAMS ROAD
GENOA CITY, WI 53128


FILTER SALES & MAINTENANCE
PO BOX 1333
MILLIGAN COLLEGE, TN 37682


FOCUS NEWSPAPER
PO BOX 1721
HICKORY, NC 28603

```
FRANKLIN MACHINE PRODUCTS, INC.
PO BOX 8500 S-41570
PHILADELPHIA, PA 19178


HOLIDAY INN EXPRESS - HICKORY
2250 HWY 70 S.E.
HICKORY, NC 28602


JB'S WINDOW CLEANING SERVICES, INC.
PO BOX 3206
SALISBURY, NC 28145


JENRON SUPPLY, INC.
PO BOX 1073
NEWTON, NC 28658


Jimmie Lee Peterson
P.O. Box 1338
Goliad, TX 77963


LAWING'S HEATING & AIR CONDITIONING INC.
PO BOX 3784
HICKORY, NC 28603-3784


MANCHESTER VILLAGE POA, INC.
724 ARDEN LANE, SUITE 235
ROCK HILL, SC 29732


MEDIA GENERAL - NORTH CAROLINA
P.O. BOX 27283
RICHMOND, VA 23261-7283


MEDIA GENERAL - TRI CITIES
PO BOX 25876
RICHMOND, VA 23260-5876


MINDSTORM COMMUNICATIONS GROUP INC.
10316 FELD FARM LANE, SUITE 200
CHARLOTTE, NC 28210
```

NATIONAL FOOD EQUIPMENT SERVICES
PO BOX 26405
RALEIGH, NC 27611-6405


OFFICE DEPOT, INC.
PO BOX 88040
CHICAGO, IL 60680-1040


PAUL'S PLUMBING AND DRAIN
P.O. BOX 9485
HICKORY, NC 28603


R T SERVICES OF GRANITE, INC.
4303 TROUT BRANCH DR
GRANITE FALLS, NC 28630


RESTAURANT LIQUID SERVICES, LLC
12986 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


RICHARD S. CAMPBELL
130 DOBY CREEK COURT
FORT MILL, SC 29715


SALISBURY FIRE APPLIANCE
4809 SOUTH  MAIN ST.
SALISBURY, NC 28147


SIGN SYSTEMS, INC.
PO BOX 3767
HICKORY, NC 28603


THE HERALD
PO BOX 2242
RALEIGH, NC 27602-2242


TIME MANAGEMENT CORPORATION
P.O. BOX 1450
MINNEAPOLIS, MN 55485-7456

TSS DESIGNS, INC./TONI SLOAN SUCHKA
106 TURBEN COURT
GREENVILLE, SC 29607


UNIFIRST CORPORATION
PO BOX 584
NEWELL, NC 28126


WINK'S PROFESSIONAL TURF CARE, INC.
3019 DEAL MILL ROAD
HUDSON, NC 28638


YELLOW BOOK-MID ATLANTIC
PO BOX 11815
NEWARK, NJ 07101-8115